Westlake Finance Company, a Corporation, Plaintiff-Appellant, v. Alex C. Montgomery, Ajax Service Station, Ajax Storage Garage and John Doe, Defendants-Appellees.

Gen. No. 50,115.

First District, Second Division.

November 2, 1965.

William S. Blatt, of Chicago (Elaine Strauschild Blatt, of counsel), for appellant; Grossman & Grossman, of Chicago (Lester N. Grossman, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.